DAVID M. ROSENBERG-WOHL (Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

PATRICK C. COOPER (Cal. Bar No. 142349; active status pending)
WARD & COOPER, LLC
2100 Southbridge Parkway, Suite 645
Birmingham, AL 35209
Patrickcharles003@yahoo.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WILLIAM RUTTER, et al., | Case No. 4:21-cv-04077-HSG |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER** (as modified) |
| APPLE INC., et al., | |
| Defendants. | |

Pursuant to LR 6-2, the parties stipulate to, and request the Court to enter as an order the following:

The hearing date on Defendant's motion to dismiss Plaintiffs' complaint [Docket #14], presently set for 10/7/21, shall be taken off-calendar.

Plaintiffs shall serve and file their amended complaint on or before 8/4/21.

STIPULATION AND PROPOSED ORDER - 1

Any motion to dismiss (or responsive pleading) by Defendant shall be due on or before 9/1/21.

Any opposition by Plaintiffs to a motion to dismiss shall be due 9/15/21.

Any reply by Defendant in support of a motion to dismiss shall be due 9/29/21.

In light of the foregoing, the CMC, presently set for 8/31/21, and the CMCS, due 8/24/21, shall be continued by at least 6 weeks, and specifically to _____.

Initial disclosures are presently due to be exchanged on 08/24/21, and the parties are to meet-and-confer pursuant to Rule 26(f) by 08/10/21.  Given Plaintiffs' intent to amend the complaint, and not knowing which claims and issues in the case shall remain or be altered, the initial disclosure deadline is continued to 11/16/21, and the deadline to meet-and-confer pursuant to Rule 26(f) is continued to 11/02/21.

No prior orders upon stipulation (modifying time or otherwise) have been either submitted or granted in this matter, and the granting of this stipulation will not otherwise affect the schedule for this case.

SO AGREED:

*David Rosenberg-Wohl*                                              July 28, 2021

Counsel for Plaintiffs                                                      date

_/s/ for Alexis Amezcua_                                                ___7/28/21____

Counsel for Defendant                                                  date

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **The initial case management conference is continued to October 19, 2021 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.  Case Management Statement due by October 12th.**

*Haywood S. Gilliam, Jr.*                                                 7/29/2021

Judge                                                                                 date

STIPULATION AND ORDER - 2