```
1   ALEXIS A. AMEZCUA (CA SBN 247507)
    AAmezcua@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: 415.268.7000
4   Facsimile: 415.268.7522

5   Attorneys for Defendant
    APPLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM RUTTER, JACQUELINE TABAS, NATASHA GARAMANI, CONNIE TABAS, TRISTAN YOUNG, KASRA ELIASIEH, ROBERT BARKER, AND CINDY RUTTER, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., and DOES 1-10,<br><br>  Defendants. | Case No. 4:21-cv-04077-HSG<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION TO DISMISS DEADLINE, EXTENDING APPLE INC.'S MOTION TO DISMISS REPLY DEADLINE, CONTINUING THE CASE MANAGEMENT CONFERENCE, AND EXTENDING THE DEADLINE TO FILE ADR CERTIFICATIONS (as modified)** |

As a result of Plaintiffs' delayed and late-filed opposition to Apple Inc.'s ("Apple") Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss"), and pursuant to Civil L.R. 6-2, the parties stipulate to, and request that the Court enter an order as follows:

- Plaintiffs' original stipulated and court-ordered deadline to file an Opposition to the Motion to Dismiss of September 15, 2021, shall be extended, *post-hoc*, to September 27, 2021.

- Apple's Reply in support of its Motion to Dismiss shall be due on or before October 20, 2021.

- The Case Management Conference ("CMC"), currently scheduled for October 19, 2021, shall be taken off calendar and rescheduled to November 9, 2021, or the Court's next available date thereafter.
- The parties shall file a CMC statement one week before the CMC.
- The parties' shall file Alternative Dispute Resolution (ADR) Certifications by November 2, 2021.
- The parties shall meet-and-confer pursuant to Rule 26(f) by November 30, 2021, and exchange initial disclosures by December 14, 2021.
- Plaintiffs' pending Motion for Relief From Late Filing Under FRCP 6(B)(1)(B), requesting that the Court accept Plaintiffs' late-filed Opposition (ECF No. 24) is thus moot, and the briefing and hearing dates vacated accordingly.

This is the second stipulation and proposed order the parties have submitted to modify the parties' Motion to Dismiss briefing schedule and to continue the CMC. The parties previously filed a stipulation and proposed order to set a schedule for Plaintiffs to file a First Amended Complaint and for the parties to brief Apple's Motion to Dismiss on July 28, 2021. (*See* ECF No. 15.) The Court subsequently entered an Order on July 28, 2021 (ECF No. 16), setting the parties' briefing schedule for Apple's Motion to Dismiss in accordance with the parties' proposed deadlines.

Pursuant to the Court's Order, Apple timely filed its Motion to Dismiss on September 1, 2021. (ECF No. 18.) Plaintiffs failed to file any opposition to Apple's Motion to Dismiss by the stipulated, and Court ordered, deadline of September 15, 2021. (ECF No. 21.) Apple filed a Notice of Non-Opposition on September 21, 2021, requesting that the pending Motion to Dismiss be granted given Plaintiffs' failure to oppose. (*Id*.) On September 22, 2021, Plaintiffs filed a Notice of Forthcoming Opposition to Motion to Dismiss, stating that Apple's Notice of Non-Opposition alerted Plaintiffs' counsel that he neglected to file Plaintiffs' Opposition by the Court-ordered deadline and that Plaintiffs would file their Opposition on September 27, 2021. (ECF No. 22.)

On September 27, 2021, Plaintiffs filed their Opposition to Apple's Motion to Dismiss. (ECF No. 23.) In addition, Plaintiffs filed a Motion for Relief From Late Filing Under FRCP 6(B)(1)(B), requesting that the Court accept Plaintiffs' late-filed Opposition. (ECF No. 24.) As a professional courtesy and in the interest of judicial economy, counsel for Apple reached out to Plaintiffs' counsel on September 29, 2021, to agree to the foregoing.

Dated: September 30, 2021

ALEXIS A. AMEZCUA
MORRISON & FOERSTER LLP

By: /s/ Alexis A. Amezcua
ALEXIS A. AMEZCUA

Attorneys for Defendant
APPLE INC.

Dated: September 30, 2021

DAVID M. ROSENBERG-WOHL
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION

By: /s/ David M. Rosenberg-Wohl
DAVID M. ROSENBERG-WOHL

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED. The cmc will be held on 11/9/2021 at 2 p.m.

*[signature: Haywood S. Gilliam, Jr.]*   10/1/2021

Honorable Haywood S. Gilliam, Jr.    Date
District Court Judge