David M. Rosenberg-Wohl (Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

Patrick C. Cooper (Cal. Bar No. 142349)
(reactivation pending)
WARD & COOPER, LLC
2100 Southbridge Parkway, Suite 645
Birmingham, AL 35209
(205) 871-5404
Patrickcharles003@yahoo.com

Attorneys for Plaintiffs

ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM RUTTER, JACQUELINE TABAS, NATASHA GARAMANI, CONNIE TABAS, TRISTAN YOUNG, KASRA ELIASIEH ROBERT BARKER, AND CINDY RUTTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., and DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-04077-HSG<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CMC AND HEARING ON MOTION TO DISMISS FROM 12/16/21**<br><br>Date: December 16, 2021<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>FAC Filed:  August 4, 2021 |

1  Pursuant to Civil L.R. 6-2, the parties stipulate to, and request that the Court enter an
2  order as follows:
3  WHEREAS Plaintiffs' counsel has a trial scheduled for December 15-17, 2021, and
4  WHEREAS Defendant's counsel is amenable to continuing the hearing presently set for
5  December 16, 2021 for (1) the parties' initial CMC and (2) Defendant's motion to dismiss
6  Plaintiff's first amended complaint (ECF 32), until the Court's next available hearing date of
7  March 31, 2022, or as soon thereafter as otherwise available, and
8  WHEREAS the parties agree to defer propounding discovery while Defendant's motion to
9  dismiss is pending, and
10  WHEREAS the parties agree to extend their deadlines to (1) meet and confer pursuant to
11  Rule 26(f) until twenty-one (21) days prior to the parties' initial CMC, and (2) exchange Initial
12  Disclosures and submit a Rule 26(f) Report until fourteen (14) days after the parties' Rule 26(f)
13  conference,
14  WHEREAS there have been two prior orders upon stipulation entered in this case (ECF
15  Nos. 15 and 25), and
16  WHEREAS granting the parties' proposed stipulation would facilitate cooperation among
17  counsel and not appreciably delay the progress of this case.
18  SO STIPULATED:
19
20  Dated: November 29, 2021          ALEXIS A. AMEZCUA
                                      MORRISON & FOERSTER LLP
21
22                                    By: /s/
23                                        ALEXIS A. AMEZCUA
                                       Attorneys for Defendant
24                                     APPLE INC.
25
26
27
28

STIPULATION AND ORDER
No. 4:21-cv-04077-HSG                                                                          1

1  Dated: November 29, 2021

DAVID M. ROSENBERG-WOHL
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION

By: *David Rosenberg-Wohl*
      DAVID M. ROSENBERG-WOHL

Attorneys for Plaintiffs

SO ORDERED:

Dated: November 30, 2021

*Haywood S. Gilliam Jr.*

Hon. Haywood S Gilliam, Jr.