David M. Rosenberg-Wohl (Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

Patrick C. Cooper (Cal. Bar No. 142349)
(reactivation pending)
WARD & COOPER, LLC
2100 Southbridge Parkway, Suite 645
Birmingham, AL 35209
(205) 871-5404
Patrickcharles003@yahoo.com

Attorneys for Plaintiffs

ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WILLIAM RUTTER, JACQUELINE TABAS, NATASHA GARAMANI, CONNIE TABAS, TRISTAN YOUNG, KASRA ELIASIEH ROBERT BARKER, AND CINDY RUTTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., and DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-04077-HSG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING THE DEADLINES RELATED TO APPLE INC.'S FORTHCOMING MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>SAC Filed: May 27, 2022 |

Pursuant to Civil L.R. 6-2, the parties stipulate to, and request that the Court enter an order as follows:

On May 6, 2022, the Court entered an order granting Apple's Motion to Dismiss the First Amended Complaint in its entirety; Plaintiffs were granted until May 27, 2022 to amend the complaint.  (ECF No. 37.)

Plaintiffs filed a Second Amended Complaint ("SAC") on May 27, 2022.  (ECF No. 38.)

Apple's current responsive pleading deadline to the SAC is June 10, 2022.

Apple has informed Plaintiffs that it intends to file a Motion to Dismiss the SAC and the parties have conferred and agreed upon a briefing schedule for Apple's forthcoming Motion to Dismiss, taking into account that Plaintiffs' counsel will be unavailable for most of the month of July.  The parties have agreed upon the following proposed briefing schedule for Apple's forthcoming Motion to Dismiss the SAC:

- Apple's Motion to Dismiss the SAC shall be due on or before July 18, 2022;
- Plaintiffs' Opposition to Apple's Motion to Dismiss the SAC shall be due on or before August 8, 2022; and
- Apple's Reply in support of its Motion to Dismiss the SAC shall be due on or before August 29, 2022.

After Apple files its Motion to Dismiss the SAC, the parties have agreed to meet and confer to identify whether Plaintiffs can further amend their complaint to streamline the issues the Court would need to decide on a Motion to Dismiss in an effort to preserve judicial resources.

The parties agree to defer propounding discovery while Apple's Motion to Dismiss the SAC is pending.

The parties previously stipulated to and requested time modifications in connection with Plaintiffs' filing of the First Amended Complaint and Apple's Motion to Dismiss the First Amended Complaint, and rescheduling a Case Management Conference while the Motion to Dismiss was pending, all of which were granted by the Court.

Granting the parties' proposed stipulation would facilitate cooperation among counsel and not appreciably delay the progress of this case, as there is presently no case schedule pending.

SO STIPULATED:

Dated: June 9, 2022                         ALEXIS A. AMEZCUA
                                            MORRISON & FOERSTER LLP


                                            By:   /s/ Alexis A. Amezcua
                                                  ALEXIS A. AMEZCUA

                                            Attorneys for Defendant
                                            APPLE INC.


Dated: June 9, 2022                         DAVID M. ROSENBERG-WOHL
                                            HERSHENSON ROSENBERG-WOHL,
                                            A PROFESSIONAL CORPORATION


                                            By:   /s/ David Rosenberg-Wohl
                                                  DAVID M. ROSENBERG-WOHL

                                            Attorneys for Plaintiffs

SO ORDERED:

Dated: 6/13/2022

*[signature: Haywood S. Gilliam, Jr.]*

Hon. Haywood S Gilliam, Jr.

STIPULATION AND ~~PROPOSED~~ ORDER
No. 4:21-CV-04077-HSG
SF-4851499

2