David M. Rosenberg-Wohl (Cal. Bar No. 132924)
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION
3080 Washington St.
San Francisco, CA 94115
(415) 317-7756
david@hrw-law.com

Patrick C. Cooper (Cal. Bar No. 142349)
(reactivation pending)
WARD & COOPER, LLC
2100 Southbridge Parkway, Suite 645
Birmingham, AL 35209
(205) 871-5404
Patrickcharles003@yahoo.com

Attorneys for Plaintiffs

ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WILLIAM RUTTER, JACQUELINE TABAS, NATASHA GARAMANI, CONNIE TABAS, TRISTAN YOUNG, KASRA ELIASIEH ROBERT BARKER, AND CINDY RUTTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., and DOES 1-10,<br><br>Defendants. | Case No. 4:21-cv-04077-HSG<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINES RELATED TO APPLE INC.'S FORTHCOMING MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>TAC Filed: May 25, 2023 |

Pursuant to Civil L.R. 6-2, the parties stipulate to, and request that the Court enter an order as follows:

On May 5, 2023, the Court entered an order granting Apple's Motion to Dismiss the Second Amended Complaint in its entirety; Plaintiffs were granted until May 25, 2023 to amend the complaint. (ECF No. 51.)

Plaintiffs filed a Third Amended Complaint ("TAC") on May 25, 2023. (ECF No. 52.)

Apple's current responsive pleading deadline to the TAC is June 8, 2023.

Apple has informed Plaintiffs that it intends to file a Motion to Dismiss the TAC and the parties have conferred and agreed upon a briefing schedule for Apple's forthcoming Motion to Dismiss, both extending the time for Apple to respond and taking into account that Plaintiffs' counsel will be unavailable for a hearing on the Motion to Dismiss until on or after September 18, 2023[1]. The parties have agreed upon the following proposed briefing schedule for Apple's forthcoming Motion to Dismiss the TAC:

- Apple's Motion to Dismiss the TAC shall be due on or before June 27, 2023;
- Plaintiffs' Opposition to Apple's Motion to Dismiss the TAC shall be due on or before July 18, 2023; and
- Apple's Reply in support of its Motion to Dismiss the TAC shall be due on or before August 8, 2023.

The parties agree to defer propounding discovery while Apple's Motion to Dismiss the TAC is pending.

The parties previously stipulated to and requested time modifications in connection with Plaintiffs' filing of the Second Amended Complaint and Apple's Motion to Dismiss the Second Amended Complaint, and rescheduling a Case Management Conference while the Motion to Dismiss was pending, all of which were granted by the Court.

---

[1] Given Plaintiffs' counsel's scheduling conflicts, Apple has agreed to reserve an available hearing date on its forthcoming Motion to Dismiss the TAC on or after September 18, 2023.

STIPULATION AND ORDER
No. 4:21-cv-04077-HSG
sf-5565562

1

Granting the parties' proposed stipulation would facilitate cooperation among counsel and not appreciably delay the progress of this case, as there is presently no case schedule pending.

SO STIPULATED:

Dated: May 30, 2023

ALEXIS A. AMEZCUA
MORRISON & FOERSTER LLP

By: /s/ Alexis A. Amezcua
ALEXIS A. AMEZCUA

Attorneys for Defendant
APPLE INC.

Dated: May 30, 2023

DAVID M. ROSENBERG-WOHL
HERSHENSON ROSENBERG-WOHL,
A PROFESSIONAL CORPORATION

By: /s/ David M. Rosenberg-Wohl
DAVID M. ROSENBERG-WOHL

Attorneys for Plaintiffs

SO ORDERED:

Dated: 5/31/2023

Hon. Haywood S Gilliam, Jr.