UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RUTTER, et al.,

          Plaintiffs,

      v.

APPLE INC.,

          Defendant.

Case No.  21-cv-04077-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting Defendant's Motion to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 11th day of January, 2024.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.